JOHN W. HUBER, United States Attorney (#7226)
MARGOT MERRILL-JOHNSON, Special Assistant United States Attorney
(TX #24062891)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682 • Facsimile: (801) 524-3399

FILED
U.S. DISTRICT COURT

2019 JUL -3 P 2: 47

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | | (REENTRY OF A PREVIOUSLY |
| CARLOS ROVERI ARTIAGAS-ACOSTA, | : | REMOVED ALIEN) |
| Defendant. | : | Case: 2:19-cr-00237<br>Assigned To : Benson, Dee<br>Assign. Date : 07/03/2019<br>Description: USA v Artiagas-Acosta |

The United States Attorney charges:

COUNT I

On or about August 30, 2017, in the Central Division of the District of Utah,

CARLOS ROVERI ARTIAGAS-ACOSTA,

the defendant herein, an alien who on or about January 19, 2000, September 26, 2001,

October 2, 2003, August 14, 2004, December 28, 2005, September 28, 2006, March 13,

2008, April 2, 2009, October 28, 2010, October 4, 2012, and November 9, 2016, was

excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 3rd day of July, 2019.

JOHN W. HUBER
United States Attorney

/s/ MARGOT MERRILL-JOHNSON
MARGOT MERRILL-JOHNSON
Special Assistant United States Attorney